IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Candace McWilliams, Jessica Lynn Dodge, ) | |
| Tiffany Smith, Traci Thompson, ) | CASE NO 19 CV 1667 |
| Mia McClintic, Stephanie Noel Simmons, ) | |
| Joseph Adkins, Monica Eldredge, ) | |
| Dakota Eldridge | |
| Constance Literski ) | |
| Plaintiffs, ) | **Honorable Rebecca R. Pallmeyer.** |
| vs. ) | and |
| ) | Magistrate Judge Jeffrey Cummings |
| Papis Wild Horse Inc., ) | |
| d/b/a Wild Horse Bar and Grill ) | |
| Anthony Christos, Arturo Perez, ) | |
| Lilly Macciano ) | |
| And Arturo Barranco as individuals ) | |
| under the FLSA and Illinois Wage Laws ) | |
| ) | **JURY TRIAL DEMANDED** |
| ) | **ON ALL COUNTS** |
| Defendants. ) | |

PARTIES UPDATED JOINT STATUS REPORT

The parties are settled. However, as the terms allow for extended payment period ending on September 1, 2020, the parties ask the court to retain jurisdiction until 9/1/20 plus 14 days to allow for final resolution of payments and check clearance.


FOR PLAINTIFF:

   /S/John C. Ireland

**John C. Ireland  (Lead Trial Attorney)**
**The Law Office of John C. Ireland**
**636 Spruce Street**
**South Elgin ILL   60177**
**630-464-9675     Fax 630-206-0889**
**attorneyireland@gmail.com**

FOR DEFENDANTS:


_____

1

ROBERT J. WELZ
ROUSKEY AND BALDACCI
210 N. HAMMES AVENUE, SUITE 105
JOLIET, ILLINOIS 60435
PHONE: 815-741-2118
FAX: 815-741-0670