# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Candace McWilliams, et al.

Plaintiff,

v.

Case No.: 1:19–cv–01667
Honorable Rebecca R. Pallmeyer

Papis Wild Horse Inc., d/b/a Wild Horse Bar and Grill, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2020:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to the parties' updated joint status report, this case is dismissed without prejudice, with leave to reinstate on or before 9/15/2020. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.